

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ANTONIO BARBA DUENAS, | § | No. 08-18-00022-CR |
| Appellant, | § | Appeal from the |
| | § | 41st District Court |
| v. | § | of El Paso County, Texas |
| THE STATE OF TEXAS, | § | (TC# 20100D02223) |
| State. | § | |
| | § | |

**O R D E R**

The Court has filed the supplemental reporter's record (1 volume) of the transcription of the hearing pursuant to the Court's order dated May 15, 2018. The trial court thoroughly admonished Appellant regarding the dangers and disadvantages of proceeding *pro se* on appeal, and it recommended that Appellant be given thirty additional days to retain counsel. We agree with the recommendation. Appellant is ordered to notify the Court by July 14, 2018 whether he has retained counsel to represent him on appeal. If Appellant does not retain counsel by the deadline, the Court will order that Appellant proceed without counsel. Further, the Appellant's brief is due July 13, 2018.

IT IS SO ORDERED this 14th day of June, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.